UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

<table>
<tr><td></td><td>FILED</td></tr>
</table>

|  | FILED |
|---|---|
|  | JAMES J. VILT JR., CLERK |
|  | U.S. DISTRICT COURT |
|  | W/D OF KENTUCKY |
|  | Date: ___Mar 04, 2024___ |

UNITED STATES OF AMERICA

PLAINTIFF

v.                                              Criminal No. 3:23-CR-00139-DJH

STACY ALLEN TAYLOR                                              DEFENDANT

## STATUS REPORT

In response to the Court's Order [DN 8, Order] directing the United States to file a report advising the Court of the status of this case, the United States submits the following:

a) The defendant in this matter, Stacy Allen Taylor, was indicted November 21, 2023, and remains a fugitive from justice.  An arrest warrant for Taylor has been entered into the National Crime Information Center (NCIC), so that any contact with law enforcement should lead to his arrest.

b) Special Agents of the Federal Bureau of Investigation (FBI) have engaged in attempted surveillance and are using other investigative techniques to try to locate the defendant, but have not yet been able to confirm his location and arrest him.

c) Efforts to locate the defendant and bring him before the Court are ongoing.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

/s/ Corinne E. Keel
Corinne E. Keel
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7041
Corinne.Keel@usdoj.gov