**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL NO. 3:23-CR-139-DJH**
**UNITED STATES OF AMERICA,**                                                              **PLAINTIFF,**

**vs.**

**STACY ALLEN TAYLOR**                                                                           **DEFENDANT.**

### UNOPPOSED MOTION TO CONTINUE TRIAL DATE
### AND EXTEND PRE-TRIAL DEADLINES

Comes the Defendant, Stacy Allen Taylor, by counsel, and moves the Court to continue the currently scheduled trial date of July 1, 2024 and to extend all pre-trial deadlines. The defense is currently awaiting production of discovery and needs additional time to review the discovery and to go over it with the client. Further, additional time is needed to ascertain potential defenses, investigate, and to determine pretrial motions. In addition, the undersigned needs more time to negotiate this matter, review any offers with the client and to generally counsel the Defendant in this matter. It is not anticipated that this can be accomplished prior to the currently set pre-trial deadlines and the trial date of July 1, 2024. Defense counsel has conferred with the United States and the Defendant's motion is unopposed.

/s/ Chastity R. Beyl
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant

## **CERTIFICATE**

I hereby certify that on May 20, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.

/s/ Chastity R. Beyl