UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                  Plaintiff,

v.                                                                  Criminal Action No. 3:23-cr-139-DJH

STACY ALLEN TAYLOR,                                                                  Defendant.

\* \* \* \* \*

### MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on July 23, 2024, with the following counsel participating:

    For the United States:    Corinne E. Keel

    For Defendant:    Chastity R. Beyl

The Court and counsel discussed the procedural posture of the case. Counsel reported that discovery from the United States is nearly complete. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** that this matter is **SET** for a status hearing on **August 21, 2024, at 9:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

July 23, 2024

*[signature]*

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Becky Boyd

1