**FILED**
JAMES J. VILT JR,
CLERK

July 9, 2026
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

June 30, 2026

Your Honor

Please See the Attached Documents, Every one who past Compliance by order of the High Court has a copy.

* We are also going to Circulate A 163 page Package to Ambassadors of the U.N. For the people who live in other Countries, that also will Lose there profits, proceeds and Deposits, due to this Case.

I have "NO" Problem Bringing Complainants, #1, #2 and #3 in the Court, along with Every person who passed O.F.A.C.S. into Court if Requested, they all "NO" the Truth. We have Alerted My Personal Trades, I have Traded For Such as the Queen's Trust, "MSB" of Saudi Arabia, Abendullatt his Father, and A few others, that due to this Situation they Can "NO" Longer Trade.

* I was Trying to do this privately, on the Day I Am Sentenced, Judgements, will be Filed Against all of us, for "Forfeiture" of Our Trades, "NO ONE" Can Alter What we all agreed too. (This was My Fight My Only Fight)

The Document Shows Everything I did Went thru The High Court, My Trust is Sealed, and "NO ONE" can alter what We Agreed to. Each year I paid our Trades in Full. Prosecution has unfortunately Just Let Diana, Steal Our deposits, And Interest. The Documents Also Show I paid Every penny in Advance I got Nothing, I Just Lost, $1,898,243,044.38 Because I did Not count. I was Just Drugged, Forced to Plea, but I Still Take Full

Responsibility, because I Love the good people and Hate the Bad, "Bruce Fagan" the High Court will Not Let him Rob My Bank in 2016, Steal a $300 Million SBLC in 2017, Launder $8 million Thru Diana Fletcher at CTBC in 2018, Then open a Account with A Broker in 2019, with a $21,008,000,000.00 Debt. Ms Keel Should "No Better", but Bruce Fagan Did pay $35,000 to A Ex-Agent who is partners with Brad Mickelson.

* I will Bring Everyone Here!!!
or We Can Just Finish This? I only wanted help Bringing the Money to Close here 98% of My Money is going to Non-profit Any Way.

* We have Filed Suit Against Bank of America, U.S. Bank, Chase and others For illegal De-Banking but they have Now Joined us, Along with Aprox. 300 Non-profits My Trust Donates Money to, and Every one in Group Trade but Around 6 people Like "Chris Dittmer" who will be Served and prosecuted. I Love These people, our goals and Dreams My Only Crime is I Trusted "Diana Fletcher" They Estimate She Not only has Stolen $1,998,247,044.54 from My Trust, From me, but All of us, AND We as a Group "Count. We are people Too.

"Wells Fargo" We filed a Suit For Allowing D.F. to Open Trust Accounts even though They "WatersLaw", My Trust has 2 Judgements Against W.F. from 2011 For Using Trust Funds in there Mortgage-Fraud, So Now Wells Fargo (W.F.) has Joined us too, or they would be sued again,

I Weigh 167 lbs, I Look like I have been in a German Concentration Camp, But you have pictures I have been Tortured Before. The Jailers Know me Most are My Friends, and The Jailers Woosley and Grey had helped me everytime I ask, but My illness has beat me, But to "Save" All of us I would Do it all over again.

The Documents Are "Confidential" "Chris Dittmer" will be Sent a Letter and Served Next. I have a copy of His Criminal Complaint. When I come to Court I will Show you the Court Order, and Something Catastrophic.

* I thought Justice was the Truth?

I Just wanted you to See "I did it!!! I fought and I won, But even though I won, None of us will be paid because of My Case, we are all in default. Lawyers do not Lie, For Me your honor, They won't lie to all of us in Trade They are, fighting For, all of us, But I AM Scared to Say this, Privately, if We Could Speak with you and the prosecuter, and My Attorney, I can Show how we Can default the Diana Fletcher, James Ordonez, Taynora/Legacy Trade And Bring the Funds Here. If "Not", I Lose All My Trades which are For Non-profit, Because you Default on one your "Blacklisted" on all. Please Your Honor, Do Not Hunt us All, Because you Can't See the Truth. I have the Truth, Everything I did went thru My Custodian, D.F. Came to the USA 30 plus Times and Showed us, Balances, but did Nothing But Make excuses, And I was paid $297,000 ə of

My own Money? "Brad Mickelson" "No" Subpoena's, "No" Warrants, Attacked me, and B.O.A. will Attest to that, He Assumed, He had no probable Cause, No Reason to Attack me. When he did, I had over a Billion Dollars with D.F., And took "NO" Money

To close; Nancy Guthrie

I Lost My Mother, I told you, My people I hired Knows she was on Blood Thinners, Lisinopril for B.P., Atenenol For Her Heart, and they had 51 Minutes to Clean a House, So Clean they Found one hair, there were 2 Men, and the Object was Money, no theft only Ms. Guthrie. The Sheriff and a Deputy or Two were involved, She is in Mexico God Bless her Buried, But "The FBI" was left out, to Cover it all up. The issue is She More than likely Died of panic, a Stroke, or a Heart Attack, And the FBI was left out! With my ADHD, I will Never let this go. Yes, people Lose Mothers everyday but not Like this. If I was "out" I Would not Stop until She is Found.

*    I pray we do this "Right", the hate, I Feel Against Me for the Crime of Trusting Some one Helping Me? When She was Just a Crook, And My Government let her do it, but with a little help you can Save us all. The Funny thing is I do not owe Anyone, D.F. Stole our Deposits, I have a statement Signed against D.F. By all of us.

         Thank you For Reading

                                    Stacy Taylor

Please Let Me Show you My Court Documents.

ps.
I have Always said I Take full Responsibility of Every person who entered unknowing to Me in Trade, part of Taking Resposibility is to get us All That is in our Group Trade paid, but when Independent Brokers, and Diana Fletcher, Sign people up for Trade and knew the Trade funds came out of My API Account So they Stole or Borrowed the clients in the group Trade is absolutely wrong. Even Now they are still using My Name and Signing Contracts, but I have Alerted My platforms, Part of Taking Resposibility is Justice and the Truth. For 10 years Diana Fletcher has been My Trust Executive Trustee, Showing Me Constant profits and interest Statements Every Few Months, to both Me, My Board and My Family Most of those Times, but yet I am the only one involved in a Conspiracy That with the Attached Documents you will See D.F., Bruce Fagan, Brad Mickelson, conspired to put Me here. I Love the great people in the Trade and they all "No" It Even the "3" Complainants that have Denied in Testomony to the High Court and Affidavits They are Not.

                    Thank you Your Honor
                        Stacy Taylor



LEITCHFIELD KY 400
GRAYSON COUNTY DETENTION CENTER 2026   PM 4 L

Taylor 22148
G.C.D.C.
320 Shaw Station Rd
Leitchfield Ky 42754

Honorable Judge Rebecca Grady Jennings
Gene Snyder U.S. Court House
601 W. Broadway Room 262
Louisville Ky 40202

"URGENT LEGAL MAIL"

40202-222752

FILED

JAMES J. VILT JR,
CLERK

July 9, 2026

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

RECEIVED
JAMES J. VILT, JR. - CLERK

JUL 03 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY